# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154427

*In re* IRVIN ESTATE

_____

JOELYNN STOKES, Personal Representative
of the Estate of LUKE IRVIN, and
RALPH S. IRVIN,
         Appellees,

v

KIMBERLY IRVIN,
         Appellant.

SC: 154427
COA: 332163
Wayne Probate Court:
00-628037-DE

_____/

      On order of the Court, the application for leave to appeal the August 3, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

a0424